1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4     150 Almaden Blvd., Suite 900
      San Jose, California 95113
5     Telephone: (408) 535-5087
      FAX: (408) 535-5081
6     michael.t.pyle@usdoj.gov

7  Attorneys for Federal Defendant

8  GEORGE A. KIMBRELL (Pro Hac Vice Application Approved)
   KATERYNA L. RAKOWSKY (CSBN 246248)
9  PAIGE M. TOMASELLI (CSBN 237737)
   Center for Food Safety
10 303 Sacramento Street
   San Francisco, CA 94111
11 T: (415) 826-2770/F:(415) 826-0507
   Emails: gkimprell@icta.org
12         kateryna@icta.org
           ptomaselli@icta.org
13
   *Counsel for Plaintiffs*
14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19

20 INTERNATIONAL CENTER FOR          )    No. C 11-6592 MEJ
   TECHNOLOGY ASSESSMENT ET AL.,     )
21                                    )    **STIPULATION EXTENDING TIME**
         Plaintiffs,                  )    **TO RESPOND TO COMPLAINT**
22                                    )
         v.                           )
23                                    )
   MARGARET H. HAMBURG, M.D.,         )
24 Commissioner, Food and Drug        )
   Administration,                    )
25                                    )
         Defendant                    )
26 _____

27       Pursuant to Civil Local Rule 6-1(a), the parties to this action hereby stipulate that the

28 defendant shall have an extension of time to April 23, 2012 to answer, move, or otherwise

   STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
   Case No.  C11-6592 MEJ

respond to the complaint.  The parties do not seek to change any other date set by the Court, including the case management conference scheduled for April 5, 2012.  Defendant requested this stipulation because defendant is working in good faith to respond to the citizen petition submitted to defendant as Docket No. FDA-2006-P-0213 on or before April 23, 2012.

IT IS SO STIPULATED.


Respectfully submitted,

CENTER FOR FOOD SAFETY

DATED: January 13, 2012          /s/ George A. Kimbrell
                                 George A. Kimbrell
                                 Kateryna L. Rakowsky
                                 Paige M. Tomaelli
                                 Attorneys for Plaintiffs


DATED: January 13, 2012          MELINDA HAAG
                                 United States Attorney


                                  /s/ Michael T. Pyle
                                 MICHAEL T. PYLE
                                 Assistant United States Attorney
                                 Attorneys for Federal Defendant

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT
Case No.  C11-6592 MEJ                        1