UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| INTERNATIONAL CENTER FOR TECHNOLOGY,<br><br>                    Plaintiff(s),<br>    v.<br><br>MARGARET A. HAMBURG,<br><br>                    Defendant(s).<br>_____/ | No. C 11-06592 MEJ<br><br>**NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Case Management Conference, scheduled to take place on April 5, 2012, has been continued to May 10, 2012 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines, issued at the time the Complaint was filed, all case management and ADR deadlines are continued accordingly. The ADR phone conference shall go forward as scheduled on April 2, 2012.

Dated: March 30, 2012



Brenda Tolbert, Courtroom Deputy to
Maria-Elena James,
Chief United States Magistrate Judge