# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| INTERNATIONAL CENTER FOR TECHNOLOGY ASSESSMENT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARGARET A. HAMBURG, M.D.,<br><br>    Defendant.<br>_____/ | No. C 11-6592 MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a Case Management Conference on May 10, 2012. However, as Defendant has filed a motion to dismiss, the Court VACATES the May 10 conference. The Court shall reschedule the c.m.c., if necessary, upon resolution of Defendant's motion.

**IT IS SO ORDERED.**

Dated: April 24, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge