1

2

3

4            UNITED STATES  DISTRICT COURT

5              Northern District of California

6

7   INTERNATIONAL CENTER FOR                    No. C 11-06592 MEJ
    TECHNOLOGY,
8                                               **ORDER RE: STATUS**
                    Plaintiff(s),
9        v.

10  MARGARET A. HAMBURG,

11                 Defendant(s).
    _____/
12

13       Pending before the Court is Defendant Margaret Hamburg's Motion to Dismiss.  Dkt. No. 17.

14  However, on May 7, 2012, Plaintiffs filed a Notice of Non-Opposition to Defendant's motion.  As it

15  appears that this case should be dismissed, the parties are ORDERED to file a stipulated dismissal by

16  May 17, 2012, or request that the motion to dismiss remain on calendar.

17

18       **IT IS SO ORDERED.**

19

20  Dated: May 11, 2012

21                                              _____
                                                Maria-Elena James
22                                              Chief United States Magistrate Judge

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**